UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation,

    Plaintiff,

vs.

                          Case No. 2:19-cv-5711-MMB

ADAMS PLAZA ASSOCIATES, GP, a
Pennsylvania General Partnership, d/b/a
Adams Plaza,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal with Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1.    The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and the Defendant, be and the same is hereby approved;

2.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3.    The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4.    To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers, this __4th__ day of _____May_____, 2022.

                                          /s/ MICHAEL M. BAYLSON
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record